J. A. ARRINGDALE v. ENFIELD LUMBER COMPANY.

*Broker—Negotiating Sale—Commissions.*

A broker is not entitled to commissions on a sale unless he finds a purchaser in a situation and ready and willing to complete the purchase on the terms agreed upon between the broker and vendor.

CIVIL ACTION, tried before *Robinson, J.*, and a jury, at Fall Term, 1896, of HALIFAX Superior Court. The cause of action was a claim for commissions for sale of real estate for defendant. The plaintiff was non-suited and appealed.

*Messrs. H. G. Connor* and *MacRae & Day*, for appellant.

*Messrs. T. N. Hill* and *David Bell*, for appellee.

*Per Curiam:* There was not sufficient evidence to go to the jury. This case is governed by *Mallonee* v. *Young*, 119 N. C., 549.

Affirmed.